UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

JUDGMENT IN A CIVIL CASE

**MID CENTURY INSURANCE COMPANY,**
**FARMERS INSURANCE EXCHANGE,**
          **Plaintiff,**

v.                                                                 **CIVIL NO. 13-2191-RDR**

**JEREMIAH JOHNSON.,**
          **Defendant.**

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X)    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED PURSUANT TO THE MEMORANDUM AND ORDER ENTERED ON JUNE 17, 2013 AND FILED ON JUNE 14, 2013 THAT**
motion by defendant, Johnson for oral argument is denied; Motion for plaintiffs, Mid Century Insurance Co and Farmers Insurance Exchange for remand is granted. This action is remanded to the District of Johnson County, Kansas. **IT IS FURTHER ORDERED** that pursuant to 28 USC 1447 {c )defendant shall pay the just costs and actual expenses including attorneys' fees, which plaintiffs incurred as a result of the improper removal. **IT IS FURTHER ORDERED** that the procedure set forth in D. Kan. Rule 54.2 shall apply to this case, except that the time deadlines shall be as follows: On or before 6/24/13, plaintiffs shall file a fee application, which itemizes all fees and costs for which it seeks reimbursement. If the parties reach agreement regarding the fee request, the shall file a appropriate stipulation on or before July 23, 2013. If they are unable to agree, plaintiffs' on or before 7/26/13 shall file a required statement of consultation and supporting. Defendants shall respond on or before 8/5/13 and plaintiff may reply on or before 8/15/13.

    **Dated:  June 17, 2013**        TIMOTHY M. O'BRIEN, CLERK

                                                                 s/ Mary E. Hill
                                                                      **Deputy Clerk**