### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, et al,<br><br>        Plaintiffs<br><br>v.<br><br>JEREMIAH JOHNSON, et al,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)   Case No. 13-CV-2191 RDR/KGS<br>)<br>)<br>)<br>) |

### PLAINTIFFS' APPLICATION FOR FEES

Plaintiffs, by and through counsel, pursuant to Local Rule 54.2 and this Court's Order of June 14, 2013 (Doc. 22), states as follows:

1. Plaintiffs' submit their application for attorney fees related to the Motion to Remand in the total amount of $2,207. Attached hereto as Exhibits A, B and C are three redacted invoices setting forth the itemized fees which make up this amount.

2. Plaintiffs submit that all of the fees incurred as set forth in Exhibits A - C would not have been incurred but for the improper removal.

3. Plaintiffs request an Order from this Court ordering Defendant to pay to Plaintiffs their total submitted fees of $2,207.

WHEREFORE, Plaintiffs request an Order from this Court ordering Defendant to Pay to Plaintiffs a total of $2,207 for attorney fees related to the Motion to Remand.

Respectfully submitted,

*/s/ Christopher J Carpenter*

---

Christopher J Carpenter    KS #16364
Tracy M. Hayes            KS #23119
Sanders, Warren & Russell LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Phone: (913)234-6100
Facsimile: (913)234-6199
Email: cj.carpenter@swrllp.com
Email: t.hayes@swrllp.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2013 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Richard T. Merker
Wallace Saunders Austin Brown & Enochs, Chtd.
2300 Main Street, Suite 900
Kansas City, Missouri 64108
Phone: 913-888-1000
Facsimile: 913-888-1065
**Attorney for Jeremiah Johnson**

*/s/ Christopher J Carpenter*

---

Attorney for Plaintiffs